**Order entered June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01605-CV

**HONEYWELL INTERNATIONAL, INC., Appellant**

**V.**

**HUNT CONSOLIDATED, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11695**

## ORDER

The reporter's record in this appeal was originally due January 27, 2015. On the motion of court reporter Lanetta Williams, we granted an extension until June 1, 2015. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Williams to file the record no later than June 26, 2015. No further extensions may be granted absent exigent circumstances.

/s/      CRAIG STODDART
          JUSTICE